| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CIVIL MINUTES – GENERAL | JS-6 |
|---|---|---|
| Case No. | 2:19-cv-03584-VAP (GJSx) | Date September 20, 2019 |
| Title | *Tracy Towner v. County of Ventura, et al.* | |

| Present: The Honorable | VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|
| BEATRICE HERRERA | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER REMANDING ACTION (DOC. NOS. 10; 23) (IN CHAMBERS)

On April 17, 2019, Plaintiff Tracy Towner ("Plaintiff") brought an action against the County of Ventura, the Ventura County Office of the District Attorney, District Attorney Gregory D. Totten, Chief Assistant District Attorney Michael D. Schwartz, Janice Maurizi, Chief of the Bureau of Investigation Michael Barary, and Edward Zappia, (collectively, "Defendants"), alleging that he was fired in 2018 in retaliation for his testimony at a 2017 hearing of the Civil Service Commission of Ventura County, and for his work as a member of the board of the Ventura County Employees' Retirement Association. (Doc. No. 1-1.). Plaintiff alleged violations of California law as well as federal constitutional and civil rights law.

Defendants removed the action to this Court on April 29, 2019, (Doc. No. 1), and filed a motion to dismiss on May 9, 2019, (Doc. No. 9.). The Court granted Defendants' Motion to Dismiss as to Plaintiff's constitutional claims, noting that dismissal of those claims left Court's jurisdiction over the remaining state claims in doubt. The Court granted Plaintiff leave to amend his Fourth Claim, regarding his free speech claim, in an amended complaint to be filed no later than September 6th. (Doc. No. 40). Plaintiff has failed to file an amended complaint. Accordingly, the Court declines to exercise supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367 and **REMANDS** this case to the California Superior Court for the County of Los Angeles.

Plaintiff's Motion to Sever and Remand State Law Claims (Doc. No. 23) is deemed moot.  Defendants' Motion to Strike the Third and Ninth Claims and Defendant Zappia and for Attorneys' Fees (Doc. No. 10) is remanded to the L.A. Superior Court.

**IT IS SO ORDERED.**